

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 29 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DAYLE ELIESON
United States Attorney
District of Nevada
JAMES E. KELLER
Assistant United States Attorney
Nevada Bar Number 10636
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Email: james.keller3@usdoj.gov

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAREN W. PHILLIPS,<br><br>Defendant. | **3:18-CR-0101-MMD-CBC**<br><br>**INDICTMENT CHARGING VIOLATIONS OF:**<br><br>Transportation of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1) (Count One)<br><br>Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Count Two) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Transportation of Child Pornography

In or about June 2017, in the State and Federal District of Nevada, and elsewhere,

DAREN W. PHILLIPS,

defendant herein, did knowingly mail, and transport, and ship using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, any child pornography, as defined in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

## COUNT TWO

Possession of Child Pornography

Beginning at a time unknown, but not later than April 23, 2018, in the State and Federal District of Nevada, and elsewhere,

DAREN W. PHILLIPS,

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

Through the criminal activity described in Counts One and Two, which allegations are hereby incorporated herein by reference, the defendant, DAREN W. PHILLIPS, if convicted of Counts One and Two, or any one of them, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation of such offense; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property.  Such properties include, but are not limited to, the following:

2

1          1.          One Dell R26E black laptop computer, bearing serial number 2R02312.

2     All in violation of Title 18, United States Code, Section 2253.

3     DATED: this 29 TH day of November, 2018.

4                                                              A TRUE BILL:

5

6                                                              /S/
                                                              FOREPERSON OF THE GRAND JURY

7     DAYLE ELIESON
      United States Attorney

8

9

      JAMES E. KELLER
10    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                              3